1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9  | AURORA FINANCIAL GROUP, INC.,

10 |      Plaintiff,

11 |     vs.

12 | MARY K TOLLEFSON; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
13 | INC., OCCUPANTS OF THE PROPERTY,

14 |     Defendants.

15 | _____

16 | MARY K. TOLLEFSON

     Counter-Plaintiff,
17

vs.
18

AURORA FINANCIAL GROUP, INC.,
19

     Counter-Defendants.
20

    And
21

FREEDOM MORTGAGE CORP.,
22 | MCCARTHY & HOLTHUS LLP.,

23 |     Third-Party Defendants.

Case No.: No. 2:20-cv-00297-JLR


JOINT STIPULATION AND ORDER TO
CONTINUE TIME FOR INITIAL
DISCLOSURES

24

25

26 |     IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS

27 | FOLLOWS:

28

JOINT STIPULATION AND ORDER
PAGE - 1

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counter-Plaintiff Mary K. Tollefson ("Plaintiff"), and Third-Party Defendant McCarthy & Holthus LLP (the "MH") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for M&H to submit Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until 45 days after the Court files its ruling on MH's Motion to Dismiss.

WHEREAS, on April 14, 2020, MH filed a motion to dismiss all claims against M&H in this action pursuant to FRCP Rule 12(b)(6) ("Motion to Dismiss");

WHEREAS, the Motion to Dismiss is scheduled for hearing on June 5, 2020;

WHEREAS, the Parties met and conferred pursuant to FRCP Rule 26(f) on May 26, 2020, to consider the nature and basis of the claims and defenses, the possibilities for promptly settling or resolving the case; making or arranging for the disclosures required by FRCP Rule 26(a)(1), discussing any issues about preserving discoverable information, and developing a proposed discovery plan;

WHEREAS, the Parties' Initial Disclosures, pursuant to FRCP Rule 26(a)(1), and the Court's Order at Docket No. 21, are currently due on May 26, 2020;

WHEREAS, Ms. Tollefson provided M&H with her initial disclosure on May 26, 2020, however, the Parties have agreed that postponing M&H's Initial Disclosure deadline until a date after this Court rules on the pending Motion to Dismiss would allow the Parties to avoid potentially unnecessary litigation costs;

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that: the last date for the Parties to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1), be continued until forty-five (45) days following service of notice of this Court's ruling on the Motion to Dismiss.

JOINT STIPULATION AND ORDER
PAGE - 2

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902

**IT IS SO STIPULATED**

Dated:    May 26, 2020                          McCarthy & Holthus, LLP

                                               /s/ Warren Lance
                                               Warren Lance WSBA No. 51586

Dated:    May 26, 2020                          The Law Office of Arthur Ortiz

                                               /s/ Arthur Ortiz
                                               Arthur E. Ortiz WSBA No. 26676
                                               Attorney for Mary K. Tollefson

**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The last date for M&H to submit Initial Disclosures pursuant to FRCP Rule 26(a)(1) is

hereby continued until forty-five (45) days after service of notice of the Court's ruling on MH's

Motion to Dismiss.

**IT IS SO ORDERED**.

Dated:    June 1, 2020                          _____
                                               JAMES L. ROBART
                                               UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
PAGE - 3

MH FILE NO.: WA-19-865935-JUD

MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA 98104
PH: (206) 596-4856
FX: (206) 274-4902