UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURORA FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARY K. TOLLEFSON, <br><br> Defendant. | CASE NO. C20-0297JLR <br><br> ORDER |

Before the court is Defendant Mary K. Tollefson's motion for reconsideration of the court's August 19, 2020, order granting in part and denying in part Third-Party Defendant McCarthy & Holthus, LLP's ("MH") motion to dismiss Ms. Tollefson's third-party claims. (*See* MFR (Dkt. # 31); *see also* 8/19/20 Order (Dkt. # 30).) Motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a) manifest error in the prior ruling, or (b) new facts or legal authority which could not have been brought to the attention of the court earlier through

1 | reasonable diligence.  Local Rules W.D. Wash. LCR 7(h)(1).  The court has carefully
2 | reviewed Ms. Tollefson's motion.  Ms. Tollefson challenges only the court's ruling
3 | dismissing her claim under Washington's Consumer Protection Act ("CPA"), RCW ch.
4 | 19.86.  (*See* MFR at 6 ("[Ms. Tollefson] requests that the court vacate and reverse the
5 | portion of its decision . . . in particular where it dismisses [Ms. Tollefson's] CPA claims
6 | alleged against [MH]."); *see also* 8/19/20 Order at 11-13.)  Ms. Tollefson makes neither
7 | of the required Local Rule LCR 7(h)(1) showings with respect to the court's ruling on her
8 | CPA claim.  (*See generally* Mot.)  The court thus DENIES Ms. Tollefson's motion for
9 | reconsideration (Dkt. # 31).

Dated this 8th day of September, 2020.

JAMES L. ROBART
United States District Judge