The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AURORA FINANCIAL GROUP, INC,<br><br>   Plaintiffs,<br><br>v.<br><br>MARY K. TOLLEFSON; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCCUPANTS OF THE PREMISES,<br><br>   Defendants.<br><br>MARY K. TOLLEFSON;<br><br>   Counter-Plaintiff,<br><br>v.<br><br>AURORA FINANCIAL GROUP, INC.<br><br>   Counter-Defendant,<br><br>FREEDOM MORTGAGE CORP.;<br>MCCARTHY & HOLTHUS;<br><br>   Third-Party Defendants. | Case No. 20-CV-00297-JLR<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER OF DISMISSAL AS TO CERTAIN CLAIMS**<br><br>Noting Date: September 30, 2020 |

## STIPULATION

Plaintiff Aurora Financial Group, Inc. ("Plaintiff"); Freedom Mortgage Corp. ("Freedom"); McCarthy & Holthus ("McCarthy"); and Mary K. Tollefson ("Tollefson") (collectively, the "Parties") agree and stipulate as follows:

STIPULATION AND ORDER OF DISMISSAL OF
CERTAIN CLAIMS– PAGE 1
CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142

1. Plaintiff filed an action asserting claims for judicial foreclosure of real property, reformation of deed of trust, and declaratory relief on January 31, 2020 against Tollefson with the King County Superior Court under case no. 20-2-02865-7 SEA.

2. On February 24, 2020, Defendant Tollefson removed this action to this Court, and filed a Third Party Complaint and Counterclaims against Plaintiff, Freedom and McCarthy. Dkt. # 2.

3. Third party defendants Freedom Mortgage Corporation and McCarthy & Holthus have both appeared in this action as third party defendants in relation to Tollefson's crossclaims.

4. No other defendants appeared in response to Plaintiff's judicial foreclosure claims.

5. The deed of trust that was the basis of Plaintiff's judicial foreclosure has now been paid in full, curing the default alleged.

6. The Parties agree to the dismissal of Plaintiff's judicial foreclosure claim, with prejudice, in its entirety, against all Parties.

7. An award of fees or costs will be not awarded to any party.

| WRIGHT FINLAY & ZAK, LLP | ARTHUR E. ORTIZ, ATTORNEY |
|---|---|
| /s/ Synova M. L. Edwards | /s/Arthur E. Ortiz |
| Synova M. L. Edwards, WSBA No. 43063 | Arthur E. Ortiz, WSBA No. 26676 |
| *Attorney for Plaintiff and Third Party Defendant Freedom* | *Attorney for Defendant Tollefson* |

MCCARTHY & HOLTHUS

/s/ Warren Lance
Warren Lance, WSBA No. 51586
*Attorney for Third Party Defendant McCarthy*

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF CERTAIN CLAIMS– PAGE 2
CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142

# ORDER OF DISMISSAL

Based upon the above stipulation by and between the Parties, and the court having reviewed the files and records herein, it is now, therefore:

ORDERED ADJUDGED AND DECREED that the aforementioned stipulated terms are declared and ordered as if repeated word for word herein; it is further

ORDERED ADJUDGED AND DECREED that Plaintiff's claims for judicial foreclosure of real property, reformation of deed of trust, and declaratory relief are dismissed with prejudice and without fees and costs to any party.

DONE this 8th day of October, 2020.

_____
Hon. James L. Robart

**Presented by:**

WRIGHT FINLAY & ZAK, LLP

/s/ Synova M. L. Edwards
Synova M. L. Edwards, WSBA No. 43063
*Attorney for Plaintiff and Third Party Defendant Freedom*

**Notice of presentation waived:**
ARTHUR E. ORTIZ, ATTORNEY

/s/Arthur E. Ortiz
Arthur E. Ortiz, WSBA No. 26676
*Attorney for Defendant Tollefson*

MCCARTHY & HOLTHUS

/s/ Warren Lance
Warren Lance, WSBA No. 51586
*Attorney for Third Party Defendant McCarthy*

STIPULATION AND ORDER OF DISMISSAL OF
CERTAIN CLAIMS-- PAGE 3
CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile St., Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142