UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURORA FINANCIAL GROUP INC, <br><br> Plaintiff, <br><br> v. <br><br> MARY K. TOLLEFSON, et al., <br><br> Defendants. | CASE NO. C20-0297JLR <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

Before the court is Defendant/Counter-Claimant Mary K. Tollefson's motion to extend deadline for filing amended complaint pursuant to court's order at Dkt. No. 30. (Mot. (Dkt. # 33)). Neither Plaintiff/Counter-Defendant nor the Third-Party Defendants filed responses to Ms. Tollefson's motion. Ms. Tollefson asks the court to extend the deadline for filing her amended complaint from September 8, 2020, to October 12, 2020. Having considered Ms. Tollefson's motion and the relevant portions of the record, the court GRANTS Ms. Tollefson's motion (Dkt. # 33). Ms. Tollefson shall file her

ORDER - 1

1 | amended complaint by no later than October 12, 2020.  The court reminds counsel for
2 | Ms. Tollefson that this court's Local Rules require the moving party to file a proposed
3 | order when filing a motion.  *See* Local Rules W.D. Wash. LCR 7(b)(1).
4 | Dated this 9th day of October, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2