Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURORA FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARY K. TOLLEFSON; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OCCUPANTS OF THE PROPERTY, <br><br> Defendants. | No. 2:20-cv-00297-JLR <br><br><br> STIPULATED MOTION, AND [PROPOSED] ORDER <br><br> Noted for Motion Calendar: <br><br> November 3, 2020 |
| MARY K. TOLLEFSON <br><br> Counter-Plaintiff, <br><br> vs. <br><br> AURORA FINANCIAL GROUP, INC., <br><br> Counter-Defendants. <br><br> and <br><br> FREEDOM MORTGAGE CORP., AND MCCARTHY & HOLTHUS LLP. <br><br> Third-Party Defendants. | |

<u>JOINT STIPULATED MOTION AND ORDER</u>

Defendant/Counter Claimant/Third-Party Plaintiff, Mary K. Tollefson; Plaintiff/Counter Defendant Aurora Financial Group Inc. ("Aurora"); and Third-Party Defendants Freedom Mortgage

**STIPLUATED MOTION & ORDER**
Page - 1

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704   arthur@aeolegal.com

Corp. ("Freedom") and McCarthy & Holthus, LLP ("MH"), agree and stipulate as follows:

1. On October 8, 2020, the court entered an order dismissing all of Aurora's claims against all Defendants. Dkt. No. 39.

2. The only remaining claims are those comprising Ms. Tollefson's lawsuit against Aurora, Freedom, and MH.

3. Therefore, the parties agree that an updated pleading caption accurately reflecting the parties' roles moving forward is appropriate at this time.

4. The new pleading caption shall name Mary K. Tollefson as the plaintiff, and Aurora, Freedom, and MH, as the defendants. *See* Dkt. No. 41-1.

5. Pursuant the court's order at Dkt. No. 44, the parties agree and stipulate to the pleading caption mentioned above and also found at Dkt. No. 41-1.

## **ORDER  [PROPOSED]**

Based upon the above stipulation by and between the Parties, and the court having reviewed the files and records herein, it is now, therefore:

ORDERED, ADJUDGED, AND DECREED that the aforementioned stipulated terms are declared and ordered as if repeated word for word herein,

DATED this 3rd day of November, 2020.

_____
The Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

**STIPLUATED MOTION & ORDER**
Page - 2

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704    arthur@aeolegal.com

Presented through stipulation by:

| | |
|---|---|
| WRIGHT FINLAY ZAK, LLP | MCCARTHY AND HOLTHUS LLP |
| | |
| *s/ Synova Edwards* per email of 11/2/2020 | *s/ Warren Lance* per email of 11/3/2020 |
| Synova M. L. Edwards, WSBA 43063 | Warren Lance, WSBA No. 51586 |
| Attorney for Aurora Financial Group, Inc., and Freedom Mortgage Corp. | Joseph Ward McIntosh, WSBA No. 39470 |
| 612 S. Lucile Street, Suite 300 | Attorneys for McCarthy Holthus, LLP |
| Seattle, WA 98108 | McCarthy Holthus, LLP |
| Phone: (206) 946-8109 | 108 1st Ave., Ste. 300 |
| Email: smledwards@wrightlegal.net | Seattle, WA 98104-2104 |
| | Tel.:    (206) 596-4856 |
| | Email: jmcintosh@mccarthyholthus.com |
| | wlance@mccarthyholthus.com |

THE LAW OFFICE OF ARTHUR E. ORTIZ

*s/ Arthur Ortiz*
Arthur E. Ortiz, WSBA No. 26676
Attorney for Mary Tollefson
6015 California Ave. SW, No. 203
Seattle, WA 98136
Telephone: (206) 898-5704
Email: arthur@aeolegal.com

**STIPLUATED MOTION & ORDER**
Page - 3

ARTHUR E. ORTIZ, ATTORNEY
6015 CALIFORNIA AVE. S.W., NO. 203
SEATTLE, WASHINGTON 98136
TEL 206-898-5704    arthur@aeolegal.com