UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY K. TOLLEFSON, | CASE NO. C20-0297JLR |
| Plaintiff, | ORDER |
| v. | |
| AURORA FINANCIAL GROUP, INC., et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion to stay discovery and extend the court deadlines in this case. (Stip. Mot. (Dkt. # 69).) The parties ask the court to stay this case until July 16, 2021; continue their trial date from September 20, 2021, to January 24, 2022; and reset all pretrial deadlines based on the new trial date. (*Id.*; *see also* Sched. Order (Dkt. # 28).) The parties explain that they request a stay and extension of deadlines because they have an upcoming mediation and seek to conserve resources for all parties and for the court. (Stip. Mot. at 1.)

ORDER - 1

1    The court GRANTS the parties' stipulated motion to stay discovery and extend the
2 court deadlines (Dkt. # 69).  Because another matter is scheduled for trial on January 24,
3 2022, however, the court resets the trial date in this matter to February 22, 2022.  The
4 Clerk is DIRECTED to issue a new scheduling order that resets all pretrial deadlines that
5 have not already expired based on the new trial date.
6    Dated this 8th day of April, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2