The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARY K. TOLLEFSON,

    Plaintiff,

v.

AURORA FINANCIAL GROUP, INC; FREEDOM MORTGAGE CORP; and MCCARTHY & HOLTHUS LLP.

    Defendants.

Case No. 20-CV-00297-JLR

**STIPULATION AND ORDER OF DISMISSAL**

Noting Date: July 16, 2021

## STIPULATION

Defendants Aurora Financial Group, Inc. ("Aurora"); Freedom Mortgage Corp. ("Freedom"); McCarthy & Holthus ("McCarthy"); and Plaintiff Mary K. Tollefson ("Tollefson") (collectively, the "Parties") agree and stipulate as follows:

1. Parties participated in mediation on June 11, 2021.
2. Parties have resolved their dispute and have come to an agreement.
3. All remaining claims are hereby dismissed from this action.
4. Dismissal of this action will be with prejudice.
5. An award of fees or costs will be not awarded to any party.

STIPULATION AND ORDER OF DISMISSAL – PAGE 1

CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile Street, Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142

| | |
|---|---|
| WRIGHT FINLAY & ZAK, LLP | ARTHUR E. ORTIZ, ATTORNEY |
| */s/ Synova M. L. Edwards* <br> Synova M. L. Edwards, WSBA No. 43063 <br> *Attorney for Defendants Aurora and Freedom* | */s/Arthur E. Ortiz* <br> Arthur E. Ortiz, WSBA No. 26676 <br> *Attorney for Plaintiff Tollefson* |

MCCARTHY & HOLTHUS

*/s/ Warren Lance*
Warren Lance, WSBA No. 51586
*Attorney for Defendant McCarthy*

### ORDER OF DISMISSAL

Based upon the above stipulation by and between the parties, and the court having reviewed the files and records herein, it is now, therefore:

ORDERED ADJUDGED AND DECREED that the aforementioned stipulated terms are declared and ordered as if repeated word for word herein; it is further

ORDERED ADJUDGED AND DECREED that this matter is dismissed with prejudice and without fees and costs to either party.

DONE this 19th day of July, 2021.

_____
Hon. James L. Robart

**Presented by:**

WRIGHT FINLAY & ZAK, LLP

*/s/ Synova M. L. Edwards*
Synova M. L. Edwards, WSBA No. 43063
*Attorney for Defendants Freedom and Aurora*

**Approved as to form and content;**
**Notice of presentation waived:**

ARTHUR E. ORTIZ, ATTORNEY

*/s/ Arthur E Ortiz*

STIPULATION AND ORDER OF
DISMISSAL – PAGE 2

CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile Street, Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142

1  Arthur E. Ortiz, WSBA No. 26676
   *Attorney for Plaintiff Tollefson*

2  MCCARTHY & HOLTHUS

3  /s/ Warren Lance
4  Warren Lance, WSBA No. 51586
   *Attorney for Defendant McCarthy*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF
DISMISSAL – PAGE 3

CASE NO. 20-CV-00297-JLR

Wright, Finlay, & Zak, LLP
612 S. Lucile Street, Suite 300
Seattle, WA 98108
PH: (206) 946-8109/FAX: (949) 608-9142